IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMAAL JOHNSON,

        Petitioner,                       3:10-cv-00610-HDM-VPC

    vs.                                  ORDER

E.K. McDANIEL, Warden, *et al.*

        Respondents.
_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Roger L. Hunt for reassignment.

    Dated this 4th day of October, 2010.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE