1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

9  JAMAAL JOHNSON,                          )
                                           )
10          Petitioner,                    )        3:10-cv-00610-RCJ-VPC
                                           )
11  vs.                                    )        **ORDER**
                                           )
12  E.K. McDANIEL, *et al.*,               )
                                           )
13          Respondents.                   )
    _____/

14

15          Petitioner has filed a motion for an extension of time in which to file a reply to the answer.

16  (ECF No. 63).  Petitioner seeks a 45-day enlargement of time, up to and including August 30, 2012,

17  to file a reply.  Having reviewed the motion and good cause appearing, petitioner's motion is

18  granted.

19          **IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file a

20  reply (ECF No. 63) to the answer is **GRANTED.**  The reply shall be filed on or before **August 30,**

21  **2012.**

22          DATED this 3rd day of August, 2012

23

24          _____
            UNITED STATES DISTRICT JUDGE
25

26