UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMAAL JOHNSON, | ) |
| Petitioner, | ) 3:10-cv-00610-RCJ-VPC |
| vs. | ) **ORDER** |
| E.K. McDANIEL, *et al.*, | ) |
| Respondents. | ) |

Petitioner has filed a motion for an extension of time in which to file a reply to the answer. (ECF No. 63). Petitioner seeks a 45-day enlargement of time, up to and including August 30, 2012, to file a reply. Having reviewed the motion and good cause appearing, petitioner's motion is granted.

**IT IS THEREFORE ORDERED** that petitioner's motion for an extension of time to file a reply (ECF No. 63) to the answer is **GRANTED.** The reply shall be filed on or before **August 30, 2012.**

DATED this 3rd day of August, 2012

_____
UNITED STATES DISTRICT JUDGE